# Order

Michigan Supreme Court
Lansing, Michigan

March 8, 2011

141398

MARK CHABAN, P.C., Successor of Law
Office of Mark Chaban,
      Plaintiff-Appellee,

and

TINDALL & COMPANY, P.C.,
      Intervening Appellant,

v

SHIRLEY GETSINGER, JOSEPH P.
BUTTIGLIERI, THEODORE P.
PANARETOS, and KEMP, KLEIN,
UMPHREY, ENDELMAN & MAY, P.C.,
      Defendants-Appellees.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141398
COA: 282481
Wayne CC: 07-709097-AV

On order of the Court, the application for leave to appeal the June 1, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

d0228